160 A.3d 550

**HANSON-METAYER**

v.

**RACH**

**Pet. Docket No. 21, Sept. Term, 2017**

Court of Appeals of Maryland.

May 22, 2017

(No. CAL16–42224, Circuit Court for Prince George's County.)

Petition for writ of certiorari denied.

■

160 A.3d 550

**HIETT**

v.

**AC & R INSULATION**

**Pet. Docket No. 22, Sept. Term, 2017**

Court of Appeals of Maryland.

May 22, 2017

Opinion of the Court of Special Appeals unreported (No. 2564, Sept. Term, 2015).

Petition for writ of certiorari denied.